IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BEA G. TAYLOR, | * |
| Plaintiff, | * |
| v. | Case No. 7:19-CV-104(HL) |
| | * |
| ANGELA ROSE, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 23, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 26th day of October, 2020.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk